LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7956 (AJWx) | Date | November 5, 2009 |
|---|---|---|---|
| Title | Floyd, Skeren & Kelly, LLP v. Lucid IQ et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**    **(In Chambers)**

### ORDER TO SHOW CAUSE RE: TIMELY REMOVAL

Plaintiff Floyd, Skeren, & Kelly, LLP instituted the present lawsuit against Defendants Lucid IQ and Richard Spies ("Defendants") in Los Angeles Superior Court. Defendants' Notice of Removal alleges that Plaintiff filed the Complaint on September 14, 2009 and that Defendants were not served with the Complaint until October 2, 2009. (Not. of Removal ¶¶ 1, 2.) Because Defendants filed the Notice of Removal on October 30, 2009, Defendants argue that the removal is within the thirty-day time limit of 28 U.S.C. § 1446(b).

However, there is no evidence attached to Defendants' Notice of Removal to corroborate Defendants' allegation. The Complaint filed by Plaintiff was in fact filed on September 14, 2009. (Not. of Removal, Ex. A.) However, Defendant only attaches proof of the summons dated September 15, 2009, which does not constitute proof of service of process. There is no proof of service attached indicating that Defendant was actually served on October 2, 2009. Thus, without additional evidence to support Defendants allegation regarding the date of service of process, this Court cannot determine whether Defendants timely filed for removal as required by 28 U.S.C. § 1446(b).

Accordingly, Defendants are **ORDERED TO SHOW CAUSE** by no later than **Thursday, November 12, 2009** why this case should not be remanded to state court for procedural defects in the removal.

**IT IS SO ORDERED.**